**SUPREME COURT OF THE STATE OF NEW YORK**
*Appellate Division, Fourth Judicial Department*

**737**

**CA 11-01970**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, PERADOTTO, AND SCONIERS, JJ.

---

STEPHEN NICHOLS, PLAINTIFF-APPELLANT,

V                                                                    ORDER

MARIE HACK, DEFENDANT-RESPONDENT.
(APPEAL NO. 1.)

---

NIRA T. KERMISCH, SUDBURY, MASSACHUSETTS, FOR PLAINTIFF-APPELLANT.

LITTLER MENDELSON, P.C., ROCHESTER (PAMELA S.C. REYNOLDS OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from an amended judgment of the Supreme Court, Monroe County (David Michael Barry, J.), entered May 12, 2011. The amended judgment dismissed the complaint upon a jury verdict.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051).

Entered: June 15, 2012                          Frances E. Cafarell
                                                Clerk of the Court